# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BECKY KARIUKI, *et al.*,

            Plaintiffs,

vs.

SHAC, LLC, *et al.*,

            Defendants.

Case No. 2:14-cv-01118-JCM-CWH

**ORDER**

This matter is before the Court on defense counsel's unopposed Motion to Withdraw as Attorney (doc. # 26), filed March 18, 2016.

In the instant motion, defense counsel requests leave to withdraw as counsel of record for Defendants VIP Valet Parking LLC, Paul Thompson, and Danielle Thompson. According to defense counsel, health issues require him to downsize his practice. Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." Defense counsel indicates that notice was served on the affected parties at their last known address, along with opposing counsel. Further, defense counsel has established good cause for the withdrawal.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that defense counsel's Motion to Withdraw as Attorney (doc. # 26) is **granted**.

**IT IS FURTHER ORDERED** that Defendants VIP Valet Parking LLC, Paul Thompson, and Danielle Thompson shall have until **Wednesday, April 20, 2016**, to advise the Court if they will retain new

counsel. Defendant VIP Valet Parking LLC must retain new counsel if it continues to litigate this matter, as a corporation may appear in federal court only through licensed counsel. See <u>U.S. v. High Country Broad. Co., Inc.</u>, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Defendants VIP Valet Parking LLC, Paul Thompson, and Danielle Thompson to the civil docket and serve them with a copy of this order:

VIP Valet Parking LLC
835 Chameleon Avenue
Henderson, Nevada 89015

Paul Thompson
835 Chameleon Avenue
Henderson, Nevada 89015

Danielle Thompson
835 Chameleon Avenue
Henderson, Nevada 89015

**IT IS FURTHER ORDERED** that a status hearing is set for **Monday, April 25, 2016 at 2:30 p.m.** in LV Courtroom 3C. If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated: April 6, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**