UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BECKY KARIUKI, et al., | Case No. 2:14-CV-1118 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SHAC, LLC, et al., | |
| Defendant(s). | |

Presently before the court is plaintiffs Becky Kariuki and Dixie Kariuki's motion to extend stay. (ECF No. 50).

On January 26, 2018, the court granted plaintiffs' former counsel's motion to withdraw as plaintiffs' attorney (ECF No. 45), motion to continue trial (ECF No. 46), and motion to stay case (ECF No. 47). (ECF No. 49). The plaintiffs were given ninety (90) days to obtain new counsel. *Id.*

Due to "unforeseen economic hardships," plaintiffs now request to extend the stay for an additional 45 days to obtain "good and reliable" counsel.

The court will grant plaintiffs' motion. Plaintiffs have 45 days from the entry of this order to obtain counsel. Plaintiffs shall notify the court when they obtain counsel.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' motion to extend stay (ECF No. 50) be, and the same hereby is, GRANTED.

DATED THIS 30th day of April, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE